IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:13CR112 |
| vs. | |
| SHANE SLEISTER, | ORDER |
| Defendant. | |

Defendant Shane Sleister appeared before the court on Monday, May 15, 2017 on an Amended Petition for Warrant for Offender Under Supervision [63]. The defendant was represented by Assistant Federal Public Defender Jeffrey L. Thomas and the United States was represented by Assistant U.S. Attorney Kimberly C. Bunjer. Defendant waived his right to a preliminary examination. The government moved for detention. A Detention hearing was held on Tuesday, May 23, 2017. The government's motion for detention is denied. Therefore, the defendant will be released on current conditions of supervision.

I find that the Report alleges probable cause and that the defendant should be held to answer for a final dispositional hearing before Senior Judge Kopf.

**IT IS ORDERED:**

1. A final dispositional hearing will be held before Senior Judge Kopf in Courtroom No. 1, Fourth Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, on June 23, 2017 at 10:00 a.m. Defendant must be present in person.

2. The defendant is to be released on current conditions of supervision.

Dated this 24th day of May, 2017.

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge